Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14–31516–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael J. O'Connor
21 Rowland Street
Palmyra, NJ 08065

Dolores M. O'Connor
21 Rowland Street
Palmyra, NJ 08065

Social Security No.:
xxx–xx–3195

xxx–xx–4045

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on April 3, 2017.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 3, 2017
JAN: cmf

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 14-31516-JNP
Michael J. O'Connor                                                 Chapter 13
Dolores M. O'Connor
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 1                  Date Rcvd: Apr 03, 2017
                               Form ID: 148                 Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2017.
db/jdb         +Michael J. O'Connor,    Dolores M. O'Connor,    21 Rowland Street,    Palmyra, NJ 08065-1831
515123913      +Bank of America,    C/O Kivitz McKeever Lee, P.C.,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
515311057       HUDSON CITY SAVINGS BANK, FSB,    Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
516552625       HUDSON CITY SAVINGS BANK, FSB,    KML Law Group PC,    Sentry Office Plaza,
                 216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
515274515      +HUDSON CITY SAVINGS BANK, FSB,    Kivitz, McKeever, Lee, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
515242196     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
515123914       State of New Department of the,    Treasury Division of Taxation,    P.O. Box 187,
                 Trenton, NJ 08695-0187

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 04 2017 00:29:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 04 2017 00:29:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    HUDSON CITY SAVINGS BANK, FSB
           jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin C. Fayette    on behalf of Debtor Michael J. O'Connor lawoffices@quigleyfayette.com
          Kevin C. Fayette    on behalf of Joint Debtor Dolores M. O'Connor lawoffices@quigleyfayette.com
                                                                                             TOTAL: 6
```