UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Gorski & Knowlton PC
By: Carol L. Knowlton, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
cknowlton@gorskiknowlton.com
Attorneys for Debtor

In Re:

MICHAEL J. & DOLORES M. O'CONNOR

Debtor

Chapter 13

Case No.: 14-31516-JNP

Judge: Kathryn C. Ferguson

## CERTIFICATE OF SERVICE

1. I, Carol L. Knowlton, _____

    ☒ represent the Debtors in the above captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On November 2, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Motion for an Order Directing Payment of Unclaimed Funds
    - Supporting Certification and Exhibits; and
    - Proposed form of Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 2, 2018

*/s/ Carol L. Knowlton*
_____
Carol L. Knowlton

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of The United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | Office of the United States Trustee | ☐Hand-delivered<br>☒Regular mail<br>☐ Certified mail/RR<br>☐E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____ |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002 | Standing Chapter 13 Trustee | ☐Hand-delivered<br>☒Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒Notice of Electronic Filing (NEF)<br>☐ Other _____ |
|  |  | ☐Hand-delivered<br>☒Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐ Other _____ |
|  |  | ☐Hand-delivered<br>☒Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐ Other _____ |
|  |  | ☐Hand-delivered<br>☒Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐ Other _____ |
|  |  | ☐Hand-delivered<br>☒Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐ Other _____ |
|  |  | ☐Hand-delivered<br>☒Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐Notice of Electronic Filing (NEF)<br>☐ Other _____ |