| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

**Order Filed on December 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michael J. O'Connor and Dolores M. O'Connor

Case No.: 14-31516

Adv. No.:

Hearing Date: December 4, 2018

Judge: Chief Judge Kathryn C. Ferguson

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 10, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      The court having heard the motion filed by __Debtor, Dolores M. O'Connor__, and any objections filed, it is

      ORDERED that the motion is GRANTED and the amount of __$17,126.69__ will be forwarded to __Michael J. O'Connor and Dolores M. O'Connor__ at the following address:

  21 Rowland Street

  Palmyra, NJ  08065

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J. O'Connor  
Dolores M. O'Connor  
    Debtors

Case No. 14-31516-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 10, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2018.  
db/jdb         +Michael J. O'Connor,    Dolores M. O'Connor,    21 Rowland Street,    Palmyra, NJ 08065-1831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2018 at the address(es) listed below:

         Carol L. Knowlton    on behalf of Joint Debtor Dolores M. O'Connor cknowlton@gorskiknowlton.com  
         Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Joshua I. Goldman    on behalf of Creditor    HUDSON CITY SAVINGS BANK, FSB jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Kevin C. Fayette    on behalf of Debtor Michael J. O'Connor kfayette@kevinfayette.com  
         Kevin C. Fayette    on behalf of Joint Debtor Dolores M. O'Connor kfayette@kevinfayette.com  
                                                                                                         TOTAL: 7